UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                           **ORDER**
                                          Criminal File No. 20-213 (MJD/LIB)

(1) GERALD SEAN CLARK,

    Defendant.

Thomas Calhoun-Lopez, Assistant United States Attorney, Counsel for Plaintiff.

Kyle David White, Office of Kyle White, Counsel for Defendant.

      The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated September 17, 2021.  Defendant filed objections to the Report and Recommendation.  Pursuant to statute, the Court has conducted a de novo review upon the record.  28 U.S.C. § 636(b)(1); Local Rule 72.2(b).  Based upon that review, the Court adopts the Report and Recommendation of United States Magistrate Judge Brisbois dated September 17, 2021.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated September 17, 2021 [Docket No. 66].

2. Defendant's Motion to Dismiss the Indictment [Docket No. 24] is **DENIED**.

3. Defendant's Motion to Suppress Evidence is [Docket No. 55] is **DENIED**.

Dated:  November 15, 2021                s/Michael J. Davis
                                                                            Michael J. Davis
                                                                            United States District Court