## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
## Criminal No. 20-CR-213 (MJD/LIB)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| GERALD SEAN CLARK | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court upon Defendant's Motion for Continuance and Excludable Delay. Based on the restrictions currently in place in jails due to the worldwide pandemic, Defendant and his counsel need additional time in order to meet and consult regarding the options for resolving the case and make decisions regarding next steps in this case. Defendant requests additional time to consult with his counsel and for the Court to reschedule the status conference after they have had sufficient time to strategize. The Court finds that the ends of justice served by excluding time to enable Defendant to thoroughly consult with his counsel and make a decision about the next steps in this case outweigh the interests of the public and Defendant's right to a speedy trial, under 18 U.S.C. § 3161(h)(7)(A). In addition, under 18 U.S.C. § 3161(h)(7)(B)(i), the Court finds that a miscarriage of justice would result if time were not excluded under these unique circumstances.

Accordingly, **IT IS HEREBY ORDERED** that Defendant's Motion for Continuance and Excludable Delay [Docket No. 74] is **GRANTED**, and the time period between February 16, 2022, and March 18, 2022, will be excluded under the Speedy Trial Act, absent further order of the Court.

The status conference, currently set for February 16, 2022, is hereby **CANCELLED** and will be rescheduled at a later date.

Dated:  February 14, 2022				s/Michael J. Davis_____
						Michael J. Davis
						United States District Court